UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

Ulugbek Djuraev, individually and on behalf of all others similarly situated;

                    Plaintiff,

Case No: 1:20-cv-03623-ARR-CLP

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND NORTHSTAR LOCATION SERVICES, LLC AND [PROPOSED] ORDER**

                    -against-

Northstar Location Services, LLC

                    Defendant(s).
-------------------------------------------------------------------------x

**IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Northstar Location Services, LLC, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: November 23, 2020

                    **HOROWITZ LAW, PLLC**

                    */s/ Uri Horowitz*
                    Uri Horowitz
                    14441 70th Road
                    Flushing, NY 11367
                    Phone: (718) 705-8706
                    uri@horowitzlawpllc.com

                    *Attorney for Plaintiff Ulugbek Djuraev*

Dated: November 23, 2020

**BARCLAY DAMON, LLP**

*/s/ Paul A. Sanders*
Paul A. Sanders Sanders, Esq.
100 Chestnut Street, Suite 2000
Rochester, NY 14604
Telephone: (585) 295-4426
psanders@barclaydamon.com

*Counsel for Northstar Location Services, LLC*

SO ORDERED:

/s/(ARR)

_____
JUDGE, U.S. District Court
Eastern District of New York